# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

RHONDA STEELE,

    Plaintiff,

v.                                            Case No: 6:17-cv-871-Orl-40KRS

PRESBYTERIAN RETIREMENT
COMMUNITIES, INC.,

    Defendant.
_____/

## ORDER

This cause is before the Court on Defendant, Presbyterian Retirement Communities, Inc.'s Motion to Dismiss Count V of Complaint (Doc. 9) filed on June 7, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed August 3, 2017 (Doc. 20), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Dismiss Count V of Complaint (Doc. 9) is **GRANTED**. Count V is **dismissed** for lack of subject matter jurisdiction.

3. The Court declines to exercise supplemental jurisdiction over Count IV. Count IV is **DISMISSED without prejudice**.

**DONE AND ORDERED** in Orlando, Florida on August 21, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties