**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

RHONDA STEELE,

        Plaintiff,

v.                                        Case No: 6:17-cv-871-Orl-40KRS

PRESBYTERIAN RETIREMENT
COMMUNITIES, INC.,

        Defendant.
_____/

## **ORDER**

This cause is before the Court on the parties' Joint Motion for Approval of Proposed Settlement of Claims Brought Pursuant to 29 U.S.C. § 207 of the Fair Labor Standards Act and Stipulation for Dismissal with Prejudice (Doc. 27) filed on September 18, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of No Objection to Report and Recommendation (Doc. 29) was filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed September 26, 2017 (Doc. 28), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Proposed Settlement of Claims Brought Pursuant to 29 U.S.C. 207 of the Fair Labor Standards Act and Stipulation for Dismissal with Prejudice (Doc. 27) is **GRANTED**.

3. The Court **FINDS** the settlement is a fair and reasonable resolution of a bona fide dispute under the FLSA.

4. A Stipulated Judgment will be entered separately.

**DONE AND ORDERED** in Orlando, Florida on October 4, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties